AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

GREYSON CARLYSLE RUNYON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 7:14-MJ-1172-RJ

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_

Signature of Judge

Robert B. Jones, Jr.  |  US Magistrate Judge
Name of Judge  |  Title of Judge

3/18/2015

Date